**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN L. RYAN, | No. CIV S-03-2657-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brought this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Pursuant to the consent of the parties, this case was before the undersigned for all purposes. Final judgment was entered on January 12, 2006, and plaintiff appealed. On June 18, 2008, the Ninth Circuit Court of Appeals issued a published decision reversing the judgment and remanding "with instructions to remand to the Agency for payment of benefits." <u>See</u> <u>Ryan v. Commissioner of Social Security</u>, 528 F.3d 1194, 1202 (9th Cir. 2008) (citing <u>Sprague v. Bowen</u>, 812 F.2d 1226, 1231-32 (9th Cir. 1987)). The mandate was issued on August 12, 2008.

///

1  Pursuant to the Ninth Circuit's mandate, this case is remanded to the agency for
2  payment of benefits.
3  IT IS SO ORDERED.
4
5  DATED: September 3, 2008
6
7  _____
   **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE